1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10   **ELMER R. BAUTISTA,**                          **Case No. LA CV 16-06632-VBF (KK)**

11                                    Petitioner,

12                     v.                            **FINAL JUDGMENT**

13   SHAWN HATTON, Warden,

14                                    Respondent.

15

16

17           Pursuant to this Court's contemporaneously issued Order Summarily

18   Dismissing the Section 2254 Habeas Corpus Petition With Prejudice as Untimely,

19   Dismissing the Action With Prejudice, Directing a Separate Ruling on a Certificate

20   of Appealability, Directing the Entry of Separate Final Judgment, and Terminating

21   the Case, **final judgment is hereby entered in favor of the respondent and**

22   **against petitioner Elmer R. Bautista.**

23

24   Dated:  Wed. October 19, 2016

25   _____

26                          Valerie Baker Fairbank
                       Senior United States District Judge

27

28